Douglas J. Pick
Eric C. Zabicki
**PICK & ZABICKI LLP**
Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                                            Chapter 7
BARBARA J. ABADI,                                    Case No. 24-

                  Debtor.
--------------------------------------------------------x

## STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 2017-1

Douglas J. Pick, an attorney duly admitted to practice in this Court, states:

1. I am a member of the firm Pick & Zabicki LLP, counsel to the above-captioned Debtor.

2. Prior to the filing of the petition herein, Pick & Zabicki LLP rendered the following services to the Debtor:

| **SERVICE** | **TIME** |
|---|---|
| Initial consultation, analysis of financial situation, preliminary advisement, etc... | 4 Hours |
| Compilation of financial information and preparation of Chapter 7 petition, schedules and related documents. | 5 Hours |
| Final revision, copying, compilation and filing of Chapter 7 petition. | 2 Hours |

3. Pick & Zabicki LLP's usual rate of compensation with regard to individual chapter 7 bankruptcy matters is on a per service basis, not an hourly basis.

Dated: New York, New York
July 11, 2024

**PICK & ZABICKI LLP**
Counsel to the Debtor

By:    */s/Douglas J. Pick*
Douglas J. Pick, Esq.
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000