**Fill in this information to identify your case and this filing:**

Debtor 1 _____Barbara J. Abadi_____
         First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Eastern District of New York

Case number _____
(if know)

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   ☑ No. Go to Part 2
   ☐ Yes. Where is the property?

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   ☑ No
   ☐ Yes

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................................➤  $0.00

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. Household goods and furnishings
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe...

   | See Attachment - Furniture, Dishware, Clothing, Books and Misc. Personal Items in Argentina<br>See Attachment - Furniture, Dishware, Clothing, Books and Misc. Personal Items in New York Storage Unit (#1-13-8)<br>See Attachment - Furniture, Kitchen Items, Clothing, and Misc. Personal Items in Florida Storage Unit (#1285) | $ 50,715.00 |

Debtor 1     Barbara J. Abadi     Case number *(if known)* _____
              First Name    Middle Name    Last Name

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe...

   | 3 TVs, IPhone, IPad, HP Laptop and Miscellaneous Electronics | $ 700.00 |

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe...

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe...

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe...

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe...

    | Coats and clothing in New York<br>2 Fur Coats at Friends Apartment in Florida | $ 3,500.00 |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

    ☐ No
    ☑ Yes. Describe...

    | Miscellaneous jewelry items listed on attached schedule | $ Unknown |

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information...

15. Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here.................................................................→   $ 54,915.00

---

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?      **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1 ___Barbara J. Abadi___  
         First Name    Middle Name    Last Name

Case number *(if known)* _____

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No  
    ☑ Yes................................................................................................................................... Cash .......................... $ 100.00

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No  
    ☑ Yes...................     Institution name:

    17.1. Checking account:     TD Bank (#5604) (Joint With Husband) (Restrained)     $ 10,697.13

    17.2. Checking account:     Citibank (#0990)     $ 3,500.00

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No  
    ☐ Yes...................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No  
    ☐ Yes. Give specific information about them...........

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.  
    Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

    ☑ No  
    ☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No  
    ☑ Yes. List each account separately

    Type of account     Institution name  
    Pension plan:     JPMorgan Chase Pension     $ 816.54

22. **Security deposits and prepayments**  
    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☐ No  
    ☑ Yes.....................     Institution name or individual:

    Other     Security Deposit With U-Haul Moving and Storage     $ 150.00  
    Other     Security Deposit With Manhattan Mini Storage     $ 550.00

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No  
    ☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**  
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No  
    ☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No  
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No  
    ☐ Yes. Give specific information about them...

Debtor 1    <u>Barbara J. Abadi</u>                 Case number *(if known)* _____
          First Name   Middle Name   Last Name

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    - [x] No
    - [ ] Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    - [x] No
    - [ ] Yes. Give specific information about them, including whether you already filed the returns and the tax years...

    |  | Federal: | $ 0.00 |
    |---|---|---|
    |  | State: | $ 0.00 |
    |  | Local: | $ 0.00 |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    - [x] No
    - [ ] Yes. Give specific information....

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    - [x] No
    - [ ] Yes. Give specific information....

31. **Interests in insurance policies**
    - [x] No
    - [ ] Yes. Name the insurance company of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**
    - [x] No
    - [ ] Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    - [x] No
    - [ ] Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    - [x] No
    - [ ] Yes. Give specific information....

35. **Any financial assets you did not already list**
    - [x] No
    - [ ] Yes. Give specific information...

36. Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here........................................................➔    $ 15,813.67

**Part 5:** **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - [x] No. Go to Part 6.
    - [ ] Yes. Go to line 38.

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - [x] No. Go to Part 7.
    - [ ] Yes. Go to line 47.

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

Debtor 1 __Barbara J. Abadi__  
        First Name   Middle Name   Last Name

Case number *(if known)* _____

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - [x] No
    - [ ] Yes. Give specific information...

54. Add the dollar value of all of your entries from Part 7. Write that number here ............................................➤    $ 0.00

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ..................................................................................................➤    $ 0.00

56. Part 2: Total vehicles, line 5      $ 0.00
57. Part 3: Total personal and household items, line 15      $ 54,915.00
58. Part 4: Total financial assets, line 36      $ 15,813.67
59. Part 5: Total business-related property, line 45      $ 0.00
60. Part 6: Total farm- and fishing-related property, line 52      $ 0.00
61. Part 7: Total other property not listed, line 54      + $ 0.00

62. **Total personal property. Add lines 56 through 61** .................    $ 70,728.67    Copy personal property total ➤    + $ 70,728.67

63. **Total of all property on Schedule A/B. Add line 55 + line 62**      $ 70,728.67

| DATE | ABADI NY STORAGE | EST. SALE PRICE | |
|---|---|---|---|
| 6/16/2024 | Dishes, Glassware, Cups | $2,200.00 | |
| | Cutlery & Serving Pieces | $2,000.00 | |
| | Platters & Trays | $1,500.00 | |
| | Silver Tea Set | $500.00 | |
| | Silver Pitchers | $600.00 | |
| | | | $6,800.00 |
| | Bed Frame | $500.00 | |
| | Dining Table | $2,000.00 | |
| | 2 Breuer Chairs | $400.00 | |
| | Low Sofa, Seat, Ottoman | $1,000.00 | |
| | Wooden Couch w/Cushions | $1,000.00 | |
| | Mirror | $700.00 | |
| | 2 Light Fixtures | $1,500.00 | |
| | 2 Sconces | $500.00 | |
| | Room Divider | $500.00 | |
| | 1 Console Cabinet | $1,000.00 | |
| | | | $9,100.00 |
| | Books & Miscellaneous | | $1,500.00 |
| | Coats & Clothing | | $1,500.00 |
| | **TOTAL NY** | | **$18,900.00** |

| ABADI FLORIDA STORAGE | | |
|---|---|---|
| 2 Queen Bed Frames (+ Mattresses) | $100.00 | |
| 2 End Tables - Round & Square | $750.00 | |
| 2 Table Lamps | $120.00 | |
| 2 Rattan Chairs | $300.00 | |
| 6 Dining Chairs - Poor Condition | $300.00 | |
| 1 Walmart Dining Table | $100.00 | |
| 1 Ikea Sofabed - Poor Condition | $50.00 | |
| 1 Folding Cart w/Wheels | $150.00 | |
| 1 Standup Rolling Desk | $100.00 | |
| 1 Desk | $125.00 | |
| 1 Glass Top Desk/Table | $750.00 | |
| 1 Small Chair | $300.00 | |
| 2 Ikea Bookcases | $80.00 | |
| 2 Rugs | $800.00 | |
| Miscellaneous - Kitchen & Objects & Clothing | $2,000.00 | $6,025.00 |

| | | |
|---|---|---:|
| | 2 Fur Coats at Friends Apartment | $2,000.00 |
| | **TOTAL FLORIDA** | **$8,025.00** |

| DATE | ARGENTINA | EST SALE PRICE |
|---|---|---:|
| 6/16/2024 | Entry Dresser | $1,000.00 |
| | Round Table | $700.00 |
| | Round End Table | $700.00 |
| | Wooden Bench w/Cushion | $1,000.00 |
| | 4 Couches - Worn | $2,000.00 |
| | 1 Coffee Table | $500.00 |
| | 1 Small Chaise | $700.00 |
| | 2 Chairs | $1,500.00 |
| | 1 Mirror | $700.00 |
| | 1 Bookcase | $1,500.00 |
| | 2 Large Rugs - 1 Poor Condition/1 Excellent Condition | $3,000.00 |
| | 2 Large Storage Cabines | $1,250.00 |
| | 1 Narrow Table | $500.00 |
| | 2 Kitchen Tables | $700.00 |
| | 8 Chairs- Poor Condition | $200.00 |
| | 1 Recliner | $700.00 |
| | 1 Wardrobe | $300.00 |
| | 1 Dresser | $1,000.00 |
| | 3 Queen Beds | $1,500.00 |
| | 1 Small Couch w/2 Chairs | $600.00 |
| | 2 Bedside Tables | $600.00 |
| | 2 Swivel Bookcases | $1,000.00 |
| | 1 Rolling Desk & 2 Small Desks | $350.00 |
| | 1 Desk Chair | $50.00 |
| | 1 Small Coffee Table | $200.00 |
| | 1 Tall Bookcase | $150.00 |
| | 2 Toy Cabinets | $40.00 |
| | 6 Table Lamps | $750.00 |
| | 2 Floor | $100.00 |
| | Kitchen Dishes & Cooking Equipment & Cutlery | $2,000.00 |
| | Miscellaneous Bedding & Objects | $2,000.00 |
| | **TOTAL ARGENTINA** | **$27,290.00** |

| | |
|---|---:|
| **TOTAL NY, FL, ARG = ESTIMATED SALE PRICE** | **$56,215.00** |

**Inventory of Non-Exempt Jewelry and Watches of Barbara Abadi**

| Item Number | Description | Estimated Value | Image |
|---|---|---|---|
| 1 | Diamond Bracelet- diamonds on upper side only | $1000 - $1,250 | 902-903 |
| 2 | 5 Gold and Pave Bangles | $500 | 901 |
| 3 | Rupy and sapphire ring (one of the stones has a flaw in it) | $2,000 | 904 |
| 4 | Engagement ring - purchased for approximately $8,000, but insured for $14,000 | $8,000 - $14,000 | 905 |
| 5 | Diamond Pendant - old cut diamonds | $2,000 | 907 |
| 6 | Pendant from Colombia received as a gift (unknown stone- not an emerald) | Unknown | 908 |
| 7 | Brazilian Sapphire earrings purchased about 20 years ago | $100 | 909 |
| 8 | Diamond hoops and drop earrings | $2,000 to $3,000 | 911 |
| 9 | Enamel and diamond pendant neckace | $1,000 - $1,500 | 914 |
| 10 | Costume jewelry | Unknown, but de minimis value | 915 |
| 11 | Watch purchased about 30 years ago. The watch does not currently function | Unknown | 918 |
| 12 | 2 Vermeil "gold" rings purchased for $200 each in Argentina about 20 years ago | $200 each | 919 |
| 13 | Pearl necklace purchased about 40 years ago for about $1,000 | $50 | 920 |

This inventory does not include 1) Ms. Abadi's wedding ring and 2) Ms. Abadi's Swatch watch, which are both exempt property

Fill in this information to identify your case:

Debtor 1        Barbara J. Abadi
                First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name          Last Name

United States Bankruptcy Court for the: Eastern District of New York

Case number
(If known)

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                                     4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: See Attachment - Furniture, Dishware, Clothing, Books and Misc. Personal Items in New York Storage Unit (#1-13-8) (Stored Within 1 Year)<br>Line from *Schedule A/B*: 6 | $ 17,400.00 | ☑ $ 11,375.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY CPLR § 5205 |
| Brief description: Electronics - 3 TVs, IPhone, IPad, HP Laptop and Miscellaneous Electronics<br>Line from *Schedule A/B*: 7 | $ 700.00 | ☑ $ 700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY CPLR § 5205 |
| Brief description: Clothing - Coats and clothing in New York<br>Line from *Schedule A/B*: 11 | $ 1,500.00 | ☑ $ 1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY CPLR § 5205(a)(5) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor  **Barbara J. Abadi**
      First Name   Middle Name   Last Name

Case number *(if known)*_____

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Clothing - 2 Fur Coats at Friends Apartment in Florida<br>Line from Schedule A/B: 11 | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY CPLR § 5205(a)(5) |
| Brief description: Jewelry - Miscellaneous jewelry items listed on attached schedule<br>Line from Schedule A/B: 12 | $Unknown | ☑ $1,175.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY CPLR § 5205 |
| Brief description: TD Bank (#5604) (Joint With Husband) (Restrained) (Checking Account)<br>Line from Schedule A/B: 17.1 | $10,697.13 | ☑ $10,697.13<br>☐ 100% of fair market value, up to any applicable statutory limit | N.Y. Debt. & Cred. Law § 282 (2)(a) |
| Brief description: Citibank (#0990) (Checking Account)<br>Line from Schedule A/B: 17.2 | $3,500.00 | ☑ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.Y. Debt. & Cred. Law § 282 (2)(a) |
| Brief description: JPMorgan Chase Pension<br>Line from Schedule A/B: 21 | $816.54 | ☑ $816.54<br>☐ 100% of fair market value, up to any applicable statutory limit | N.Y. CPLR § 5205 (c) N.Y. Debt. & Cred. Law § 282 (2)(e) |
| Brief description: Security Deposit With U-Haul Moving and Storage (Security Deposits or Prepayments)<br>Line from Schedule A/B: 22 | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.Y. CPLR § 5205 (g) |
| Brief description: Security Deposit With Manhattan Mini Storage (Security Deposits or Prepayments)<br>Line from Schedule A/B: 22 | $550.00 | ☑ $550.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.Y. CPLR § 5205 (g) |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |