Certificate Number: 14912-NYE-DE-038722143

Bankruptcy Case Number: 24-42873



14912-NYE-DE-038722143

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 31, 2024</u>, at <u>5:14</u> o'clock <u>PM EDT</u>, <u>Barbara Abadi</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of New York</u>.

Date:  <u>July 31, 2024</u>

By:  <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>