UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

COVER SHEET FOR DIRECT APPEAL OF A BANKRUPTCY COURT DECISION

| Case Caption [*caption as described in Fed. R. Bankr. P. 7010 or 9004(b), as applicable*]:<br>IN RE BARBARA J. ABADI | Bankruptcy Court Case No:<br>24-42873(JMM)<br><br>Bankruptcy Adversary Proceeding No. [*if applicable*]:<br><br>District Court Civil No. [*if applicable*]: | Bankruptcy Judge:<br>Hon. Jill Mazer-Marino, USBJ<br><br>District Judge [*if applicable*]: |
|---|---|---|
| | Date and Document Number of Notice of Appeal Filed in ☐ Adversary Proceeding or ☒ Bankruptcy Case:<br><br>**August 6, 2024 [Dkt. No. 25]** | Date and Document Number of Bankruptcy Court Judgment, Order or Decree in ☐ Adversary Proceeding or ☒ Bankruptcy Case:<br><br>**July 24, 2024 [Dkt. No. 18]** |

[*To answer questions below, place "X" on lines where appropriate*:]

1. *Who is certifying the direct appeal*?

    ___Certification by Court (*indicate below which court is certifying*)
        ___Certification by Bankruptcy Court – district: _____
        ___Certification by District Court – district: _____

      _X_ At request of one or more parties
      ___ On court's own initiative

        ✗ Court is required to make certification under 28 U.S.C. § 158(d)(2)(B)

    Certification by *All Parties* using Official Form 424 – district from which appeal is taken:

2. *Which paragraph of section 158(a) is applicable [28 U.S.C. § 158(a)]*?

    _X_ 28 U.S.C. § 158(a)(1): appeal of a final judgment, order or decree
    ___ 28 U.S.C. § 158(a)(2): appeal of an interlocutory order or decree issued under 11 U.S.C. § 1121(d)
    ___ 28 U.S.C. § 158(a)(3): appeal of an interlocutory order or decree [*other than one issued under 11 U.S.C. § 1121(d)*] requiring leave of the court [*indicate below whether leave has been granted*]
        ___ District Court has not yet granted leave
        ___ District Court has already granted leave [*provide civil proceeding name and civil number, date of order, name of judge, etc., in space provided below*]
    _____

3. *Indicate basis for direct appeal* [*select one of the following*]:

    _X_ The judgment, order or decree involves a question of law as to which there is no controlling decision of the court of appeals for this circuit or of the Supreme Court of the United States, or involves a matter of public importance.
    ___ The judgment, order or decree involves a question of law requiring resolution of conflicting decisions.
    _X_ An immediate appeal from the judgment, order or decree may materially advance the progress of the case or proceeding in which the appeal is taken.

4. *Indicate whether appellant has obtained a stay pending appeal and provide pertinent information pertaining to stay (date of issuance, etc.)*:

Granted    _____ Yes    __X__ No    Date and Court of Issuance:_____

5. *Provide below a brief description of the matter decided by the bankruptcy judge* [*example*: Order Confirming Chapter 11 Plan]: Order Enforcing Automatic Stay, Holding Honeedew Investing LLC in Contempt of Automatic

6. **Bankruptcy Judge**: Hon. Jill Mazer-Marino, U.S.B.J. Eastern District of New York
[*For notifying bankruptcy judges, staff of the court of appeals should refer to the circuit clerk's list of e-mail addresses.*]

Date: 8/7/24

Submitted by: /s/ Eric S. Medina
Name

Medina Law Firm LLC
Title/Firm or Court