

Attorneys at Law
287 Park Avenue South, Suite 337
New York, New York 10010

Frank A. Ortiz   (1931-2016)
Norma E. Ortiz∗

∗ (Admitted in New York and New Jersey)

Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com

September 18, 2024

Hon. Jil Mazer-Marino
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

Re:  Barbara J. Abadi
Case No. 24-42873-jmm

Dear Judge Mazer-Marino:

Your Honor entered an order (the "Order"), docketed as Doc. No. 18, that directed Honeedew Investment LLC ("Honeedew") to take the following action:

> [T]ake all actions necessary and reasonable, at no cost to the Debtor, to procure the Debtor's immediate release from the commitment and/or incarceration imposed by the State Supreme Court with respect to the State Court Action.

Since the entry of that order, Honeedew undertook extensive efforts procure the immediate release of Mrs. Abadi and she was released some time ago from incarceration.  However, a final hearing on Mrs. Abadi's commitment hearing was scheduled before the New York State Supreme Court after the entry of the Order.  We informed the presiding judge, Justice Bannon, that we could not attend the final commitment hearing.  Honeedew intended to ensure that no further actions were brought before Judge Bannon as a result of the Order.

However, on August 27, 2024, an amended Notice of Removal was filed with the Southern District of New York by Mrs. Abadi.  As a result, we are unable to proceed in any manner before Judge Bannon at this time.  We write to ensure that your Honor is aware that Honeedew fully complied with the Court's directives under the Order but any proceeding before Judge Bannon has been removed to the Southern District of New York.

Thank you in advance for your consideration.

Very truly yours,
*s/Norma E. Ortiz*