**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In re                                                    :
                                                         :          Chapter 7
BARBARA J. ABADI,                                        :
                                                         :          Case No. 24-42873 (JMM)
                          Debtor.       :
---------------------------------------------------------x


## NOTICE OF ELECTED TRUSTEE AND FIXING OF BOND

To:     Eric M. Huebscher
        President
        Huebscher & Co.
        301 East 87th Street – 20E
        New York, New York 10128

You have been elected chapter 7 trustee in the above-captioned case. If you accept the

office, with the powers, duties and obligations of a chapter 7 trustee under the Bankruptcy Code

and Federal Rules of Bankruptcy Procedure, you must sign the Acceptance of Office set forth

below before a notary public and submit the original to the undersigned, along with proof of the

posting of a surety bond in the initial amount of $20,000, under 11 U.S.C. § 322, within seven days

after receipt of this Notice.  Otherwise, you will be deemed to have rejected the office pursuant to

Federal Rule of Bankruptcy Procedure 2008.

Dated:   New York, New York
         September 27, 2024

                                        **WILLIAM K. HARRINGTON**
                                        **UNITED STATES TRUSTEE, REGION 2**


                                By:    */s/ Jeremy S. Sussman*
                                       Jeremy S. Sussman
                                       Trial Attorney
                                       Office of the United States Trustee
                                       Eastern District of New York
                                       One Bowling Green, Room 510
                                       New York, New York 10004

# ACCEPTANCE OF OFFICE

I hereby acknowledge my election as trustee and agree to serve as trustee in the above-captioned chapter 7 case.

_Eric Huebscher_

Eric M. Huebscher

Commonwealth of Virginia

County of Prince William

Electronic Notary Public

The foregoing instrument was acknowledged before me on 09/27/2024 by Eric Huebscher.

My commission expires: 10/31/2026

**Judith Moore**

REGISTRATION NUMBER
8030982
COMMISSION EXPIRES
October 31, 2026

COMMONWEALTH OF VIRGINIA · ELECTRONIC NOTARY PUBLIC · N

Notarized remotely online using communication technology via Proof.