UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------- x
In re:                                                   :
                                                         :  Case No. 24-42873-jmm
Barbara J. Abadi,                                        :
                                                         :  (Chapter 7)
                        Debtor.                          :
                                                         :
--------------------------------------------------------- x

## NOTICE OF APPOINTMENT OF TRUSTEE

To:    Eric M. Huebscher
       301 East 87th Street – 20E
       New York, New York 10128

The United States Trustee hereby appoints you as trustee, under 11 U.S.C. § 701(a), in the

above captioned case filed on July 11, 2024.

You are required to notify the undersigned in writing within seven days of the date of

this notice only if you reject this appointment.  *See* Fed. R. Bankr. P. 2008 and 2010(a).

In addition, you are required to provide proof of the posting of a bond in the amount of

$20,000 as soon as possible, and in any event within seven days of the date of this notice,

pursuant to 11 U.S.C. 322.


Dated:  New York, New York
        October 11, 2024                WILLIAM K. HARRINGTON
                                        UNITED STATES TRUSTEE, REGION 2

                                        By: /s/ Marylou Martin
                                            Marylou Martin
                                            Assistant United States Trustee
                                            One Bowling Green, Room 510
                                            New York, NY 10004-1408
                                            Phone: 212.206.2580
                                            Email: Marylou.Martin@usdoj.gov