| Information to identify the case: | | |
|---|---|---|
| Debtor | Barbara J. Abadi<br>Name | EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court Eastern District of New York | | Date case filed for chapter: 7 7/11/24 |
| Case number: 1–24–42873–jmm | | |

# NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE

**NOTICE IS HEREBY GIVEN THAT:**

Eric Huebscher
301 East 87th Street - 20E
New York, NY 10128

has been appointed successor trustee in the above–captioned case.

**Notice is further given that:**

The meeting of creditors previously scheduled herein has been rescheduled for **November 19, 2024 at 11:00 AM,** at the following location:

**Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 511, Fifth Floor, New York, NY 10004-1408.**

ALL OTHER INFORMATION REMAINS UNCHANGED.

Dated: October 11, 2024

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnst.jsp** [Notice of Appointment of Successor Trustee rev. 02/01/17]