Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re:                                                     Chapter 7
BARBARA J. ABADI,                                          Case No. 24- 42873 (JMM)

                        Debtor.

---------------------------------------------------------x

## SUPPLEMENTAL DISCLOSURE OF
## COMPENSATION OF ATTORNEY FOR THE DEBTOR

DOUGLAS J. PICK, hereby declares, under penalty of perjury, as follows:

1.      I am a partner in the law firm Pick & Zabicki LLP ("P&Z"), counsel to
Barbara J. Abadi, the debtor herein (the "Debtor"). I have personal knowledge of the matters set
forth herein.

2.      This declaration is submitted for the purpose of supplementing, to the
extent, if any, required pursuant to Fed. R. Bankr. P. 2016(b), P&Z's prior disclosures regarding
compensation paid or promised to be paid on account of professional services rendered as
counsel to the Debtor.

3.      Subsequent to the filing of the Debtor's chapter 7 petition with this Court
on July 11, 2024 (the "Petition Date"), P&Z received the following payments from the Debtor on
account of post-Petition Date professional fees and expenses which were incurred by P&Z on the
Debtor's behalf with respect to contested bankruptcy matters arising in this case:

  •      $2,345.50 which was received by P&Z on or about August 16, 2024; and

  •      $4,500.00 which was received by P&Z on or about November 4, 2024.

4.      I hereby declare, pursuant to 28 U.S.C. § 1746 and under penalties of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on November 11, 2024

_____
DOUGLAS J. PICK