**KLESTADT WINTERS JURELLER**              **Objection Deadline: December 27, 2024**
**SOUTHARD & STEVENS, LLP**
Kathleen M. Aiello
200 West 41st Street, 17th Floor
New York, NY 10036-7203
(212) 972-3000
kaiello@klestadt.com

*General Counsel to the Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------- x
In re:                                               :
                                                     :   Chapter 7
                                                     :
BARBARA J. ABADI, et al.,                            :
                                                     :   Case No. 24-42873 (JMM)
                                                     :
                                                     :   Jointly Administered
                                                     :
                             Debtors¹.               :
------------------------------------------------------------------- X
```

### NOTICE OF TRUSTEE'S INTENT TO ABANDON CERTAIN PROPERTY

TO:  THE DEBTORS, THE UNITED STATES TRUSTEE, ALL CREDITORS, AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a), Federal Rule of Bankruptcy Procedure 6007(a) and Local Bankruptcy Rule 6007-1, Eric Huebscher (the "Trustee"), as Trustee of the chapter 7 estates of Barbara J. Abadi ("Barbara") and Carlos A. Abadi ("Carlos" and together with Barbara, the "Debtors"), the above-captioned debtors, intends to and will abandon certain property of the Debtor's estate (the "Proposed Abandonment") as follows:

**Property to be Abandoned:**        The contents of the Debtors' storage unit located at Manhattan Mini Storage, 420 East 62nd Street, New York, New York 10065, as listed on Debtor's Schedule G, Official Form 106A/B (the "New York Personal Property")

**Reason for Abandonment:**          The New York Personal Property is of inconsequential value to the Debtors' estates.

**Person(s) that the Property is to**
**be Abandoned to:**                 Barbara J. Abadi and Carlos A. Abadi, Debtors

---

¹ The Debtor's bankruptcy case is being jointly administered with the bankruptcy proceeding of Carlos A. Abadi, whose case is pending in this Court as Case No. 24-43315 (JMM).

**PLEASE TAKE FURTHER NOTICE** that the abandonment of the New York Personal Property shall not constitute an abandonment of any other claims, causes of action, or assets of the Debtors' estates.

**PLEASE TAKE FURTHER NOTICE**, that objections to the Proposed Abandonment (an "Objection") must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Eastern District of New York and be served upon counsel to the Trustee, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: Kathleen Aiello, Email: kaiello@klestadt.com, **so as to be received no later than 5:00 p.m. (EST) on December 27, 2024** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that unless a written Objection to the Proposed Abandonment is timely filed, the Proposed Abandonment will be deemed effective on the Objection Deadline without further action or order of the Court. If no Objections are filed, no hearing will be held.

**PLEASE TAKE FURTHER NOTICE** that if a written Objection is timely filed, the Court will notify the Trustee and objecting parties of the date and time of the hearing to consider the Objection. Any objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in the Proposed Abandonment being granted. The Trustee will provide separate notice of such hearing to all creditors and parties in interest.

Dated:    New York, New York
          December 13, 2024

                                 **KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By:  */s/ Kathleen Aiello*
     Kathleen Aiello
     200 West 41st Street, 17th Floor
     New York, New York 10036
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: kaiello@klestadt.com

     *Counsel to Eric Huebscher,*
     *Chapter 7 Trustee*